

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | |
| | Civil Action No.   15cv1984-DMS-RBB |
| **Plaintiff,** | |
| V. | |
| Applied Magic Video Corporation; Craig Moffat; Peter Fei; DOES 1-10, | **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court grants in part and denies in part Plaintiff's motion for default judgment. Judgment is hereby entered in favor of Plaintiff and against Defendant Fei in the amount of $39,868.88.

Date:         5/9/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/  N. Peltier

N. Peltier, Deputy